Document From Ramon Tent Montoury Jean Francois

Civil Action No. 1:24-CV-00057-TBm-rpm

## Order requiring Plaintiff to respond

1. Yes

2. Yes. Violation of my conditions of confinement. forcing me to live in a cell with mold. I Do not remember Date and time my law suit No. 1:24-CV-00057-TBm-rpm has all the information need to continue a lawsuit with Jackson County.

3. No

4. Yes, I was his shift if I remember Corretcly And refused to let me move to a cell without mold.

5. No

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 05 2024
ARTHUR JOHNSTON
BY_____ DEPUTY