Josemany Jean Francois

Civil Action No: 1:24-cv-00057-TBm-RPm

Document 11

## Order requiring Plaintiff to respond

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 15 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

1. yes

2. yes, i do not know what Alot of what Question 2 is Asking, But I do not remember the Dates. The Dates is the Same Dates in lawsuit Civil Action No: 1:24-cv-00057-TBm-RPm. They violated my rights By forcing me to Be in a moldy cell. Which is unhealthy Conditions and confinement.

3. no

4. mr. mccoy is one of the officers that refused to move me out the cell. yes

5. no