Josemany Jean Francois
Civil Action No. 1:24-cv-00057-TBm-rpm
Document 12

## Order to Show Cause

(1) Document (11). Order requiring Plaintiff

1. Yes
2. Yes, i Do not know what Alot of what Question 2 is Asking, But i Do not remember the Dates. The Dates is the same Dates in lawsuit Civil Action No: 1:24-CV-00057-TBm-rpm. They violated my rights By forcing me to Be in a moldy Cell. Which is unHealthy conDitions and Confinement.
3. No
4. Mr Mccoy is one of the Officers that refused to move me out the Cell. yes
5. No

(2). I Did not have ~~money~~ money at the time to order Stamps to reply.

(3) I Just DiD

(4) ✓

(5) ✓

Josemany Jean Francois