Josemany Jean Francois

Civil Action No. 1:24-cv-00057-TBm-RPm

Document 13

## Second And Final order to show cause

1. i Just recieved money enough to Buy the stamps needed to reply.

2. i Just recieved money enough to Buy the stamps needed to reply.

3. okay.

*[signature]*