.IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEMANY JEAN FRANCOIS**                                                **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO.: 1:24-cv-0057-TBM-RPM**

**JACKSON COUNTY, MISSISSIPPI, et al.**                                **DEFENDANTS**

### ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES
### OF DEFENDANTS, JACKSON COUNTY, MISSISSIPPI
### AND SERGEANT JAMES McCOY

COME NOW the Defendants, JACKSON COUNTY, MISSISSIPPI and SERGEANT JAMES McCOY, and file this their Answer, Defenses and Affirmative Defenses to the claims asserted against them in the above-referenced matter, to-wit:

In his [Doc.3] Complaint for Violation of Civil Rights, Plaintiff Francois complains of the conditions of his confinement while housed at the Jackson County Adult Detention Center. Defendants deny Plaintiff suffered any constitutional violation; deny that the Defendants possessed a culpable state of mind; and deny the Plaintiff suffered any injury.

These Defendants deny any wrongdoing whatsoever, and deny that the Plaintiff has any viable claim against them for any reason whatsoever.

And now, having answered the Complaint, these Defendants set forth their defenses and affirmative defenses as follows:

### FIRST DEFENSE

The allegations of the Plaintiff's Complaint fail to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

## SECOND DEFENSE

The Defendants hereby incorporate and plead any and all defenses in Rule 12(b) of the Federal Rules of Civil Procedure that may be applicable to this case, and specifically reserve the right to raise any objections and defenses therein stated.

## THIRD DEFENSE

The Defendants hereby plead all applicable statutes of limitation, *res judicata*, collateral estoppel, laches, waiver, contributory negligence, accord and satisfaction, failure to mitigate, lack of standing, release and/or estoppel.

## FOURTH DEFENSE

Defendant McCoy acted in an objectively reasonable manner and in good faith, and as such is entitled to qualified immunity.

## FIFTH DEFENSE

There is no official custom, policy or practice of Jackson County, Mississippi that proximately caused any alleged violations of the Plaintiff's constitutional rights.

## SIXTH DEFENSE

No constitutional or statutory rights of the Plaintiff have been violated.

## SEVENTH DEFENSE

The Defendants affirmatively allege that punitive damages are not available against Jackson County, Mississippi, under 42 U.S.C. §1983.

## EIGHTH DEFENSE

The Defendants further assert that punitive damages are inapplicable in this case in that no acts or omissions rise to a level to justify punitive damages.

## NINTH DEFENSE

Negligence, if any, does not rise to the level of a constitutional violation.

## TENTH DEFENSE

These answering Defendants have breached no duty owed the Plaintiff.

## ELEVENTH DEFENSE

These answering Defendants plead all applicable defenses under Rule 8(c) of the Federal Rules of Civil Procedure.

## TWELFTH DEFENSE

*Respondeat superior* is inapplicable under 42 U.S.C. §1983.

## THIRTEENTH DEFENSE

Plaintiff's claims may be barred for his failure to exhaust administrative remedies available to him as required under the Prison Litigation Reform Act, and Defendants herein therefore invoke, reserve, and hereby plead all other applicable limitations, rights, and defenses under the Prison Litigation Reform Act for which a good faith factual or legal basis exists or may hereafter be discovered.

## FOURTEENTH DEFENSE

The Plaintiff has suffered no physical injury and his claims are therefore barred by 42 U.S.C. §1997e(e).

## FIFTEENTH DEFENSE

The Complaint does not appear to raise any state law claims. Should the Court later construe Plaintiff's claims to raise state law issues, Defendants reserve their right to raise any additional defenses that would be applicable to such claims.

SIXTEENTH DEFENSE

These Defendants reserve the right to assert any further or additional defenses to which it may become clear they are entitled following a *Spears* hearing and/or discovery in this matter.

WHEREFORE, these Defendants deny the Plaintiff is entitled to any relief whatsoever, and request the Complaint be dismissed with prejudice, assessing fees and court costs against the Plaintiff.

This the 9th day of December, 2024.

                                        JACKSON COUNTY, MISSISSIPPI
                                        and SERGEANT JAMES McCOY

                        By:    */s/ Anna J. Richardson*
                               ANNA J. RICHARDSON
                               Attorney for Defendants

**CERTIFICATE OF SERVICE**

I, ANNA J. RICHARDSON, hereby certify that on this date I filed the foregoing *Answer, Defenses, and Affirmative Defenses* with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record, and that I mailed by United States Postal Service, postage pre-paid, a copy of same to the Plaintiff, Josemany Jean Francois, Jackson County Adult Detention Center, 65 Bruce Evans Drive, Pascagoula, MS 39567.

THIS, the 9th day of December, 2024.

By: */s/ Anna J. Richardson*
ANNA J. RICHARDSON
Attorney for Defendants