

NIXIE 326 DC 1 0007/17/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 39501203603 *1766-00335-09-16

**Orders on Motions**

1:24-cv-00057-RPM Francois v. Jackson County, Mississippi et al

ADMINISTRATIVE,CONSENT

**U.S. District Court**

**Southern District of Mississippi**

**Notice of Electronic Filing**

The following transaction was entered on 7/8/2025 at 3:56 PM CDT and filed on 7/8/2025

**Case Name:** Francois v. Jackson County, Mississippi et al
**Case Number:** 1:24-cv-00057-RPM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting Motion [39] to Withdraw as Attorney. Anna Juliet Richardson is granted leave to withdraw and will be terminated from the docket as counsel of record. NO FURTHER WRITTEN ORDER SHALL ISSUE. Signed by Magistrate Judge Robert P. Myers, Jr on 7/8/2025 (CRT)**

**1:24-cv-00057-RPM Notice has been electronically mailed to:**

Anna Juliet Richardson-County Gov arichardson@jcboardatty.com

Jackye C. Bertucci-County Gov jbertucci@jcboardatty.com

**1:24-cv-00057-RPM Notice has been delivered by other means to:**

Josemany Jean Francois
Jackson County Adult Detention Center
65 Bruce Evans Drive
Pascagoula, MS 39567

Wendy Nevels