IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEMANY JEAN FRANCOIS**                                                        **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 1:24-cv-00057-RPM**

**JACKSON COUNTY, MISSISSIPPI, et al.**                         **DEFENDANTS**

<u>**NOTICE OF RETURNED MAIL**</u>

Please take notice that Defendants JACKSON COUNTY, MISSISSIPPI, SERGEANT JAMES McCOY (identified as Sergeant Unknown McCoy), and WENDY NEVELS, received returned mail upon mailing Plaintiff, Josemany Jean Francois, at his last known address, a copy of **[Doc. 39]** Motion to Withdraw - Anna J. Richardson, and a copy of **[Doc. 41]** Entry of Appearance - James H. Colmer, Jr., both filed with this Court. Attached hereto as a composite Exhibit "A" are copies of both pleadings and the envelopes in which they were mailed.

Respectfully submitted, this the 30th day of July, 2025.

                                                    JACKSON COUNTY, MISSISSIPPI,
                                                    SERGEANT JAMES McCOY
                                                    (identified as Sergeant Unknown McCoy) and
                                                    WENDY NEVELS

                            By:     */s/ Jackye C. Bertucci*
                                         JACKYE C. BERTUCCI
                                         Attorney for Defendants