**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JOSEMANY JEAN FRANCOIS**                                               **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 1:24-cv-00057-RPM**

**JACKSON COUNTY, MISSISSIPPI, et al.**                          **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO RESPOND**

This matter is before the Court *sua sponte*. On July 22, 2025, a piece of mail addressed to Plaintiff Josemany Jean Francois at his last-known mailing address was returned to the Court as undeliverable in an envelope marked, "no longer at this facility." [42] at 1. On July 30, 2025, counsel for Defendants filed a Notice of Returned Mail [43], also reflecting that mail addressed to Plaintiff at his last-known mailing address had been returned to them as undeliverable. Plaintiff has not notified the Court of a change of address, but the Court has learned through independent research that Plaintiff was recently relocated to the South Mississippi Correctional Institution in Leakesville, Mississippi. *See* https://www.ms.gov/mdoc/inmate/Search/GetDetails/256754 (last accessed July 30, 2025). The Clerk of Court will be directed to mail Plaintiff a copy of this Order to his last-known mailing address and to his attention at SMCI, 22689 MS Hwy 63 North, Leakesville, MS 39451.

**IT IS, THEREFORE, ORDERED** that **on or before August 13, 2025**, Plaintiff shall file a written response to advise the Court whether he wants to proceed with this lawsuit. Plaintiff's written response shall be filed with the Clerk of Court, 2012 15th Street, Suite 403, Gulfport, MS 39501. Failure to advise the Court of a change of address or failure to timely comply with any order of the Court will be deemed a purposeful delay and contumacious act by Plaintiff and may result in this lawsuit being dismissed without prejudice and without further notice.

**SO ORDERED,** this 30th day of July, 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE