Judge Robert P. Myers I was told to let yall know if i change address, and im now housed at Hancock County Safety Complex. Address is 8450 U.S. Hwy 90 Bay St. Louis, MS 39520

1:24cv57 RPM



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 21 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Josemary Francois
8450 U.S. Hwy 90
Bay St. Louis, MS 39520



Judge Robert P. Myers
2012 15th Street, Suite 870
Gulfport, MS 39501