SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 28 2025
ARTHUR JOHNSTON
BY          DEPUTY

1:24cv57 RPM

I would like to inform the court of my change of Address my Address is now.

P.O. Box 1419
Leakesville, MS 39451.

This Address is the Address to Green County Prison Smci.

