### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JOSEMANY JEAN FRANCOIS**                                         **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 1:24-cv-00057-RPM**

**JACKSON COUNTY, MISSISSIPPI, et al.**                                         **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference, and pursuant to the requirement of a separate Final Judgment under Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [37] for Summary Judgment for Plaintiff's Failure to Exhaust Administrative Remedies filed by Defendants Jackson County, Mississippi; Sergeant Unknown McCoy; and Wendy Nevels is **GRANTED**. Plaintiff Josemany Jean Francois' claims against all Defendants are **DISMISSED WITHOUT PREJUDICE** for his failure to exhaust administrative remedies before filing this lawsuit. This case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 13th day of February, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE